# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MALIBU MEDIA, LLC,

      Plaintiff,

v.                                                      Civil Action No. 8:15-cv-03623-RWT

JOHN DOE, subscriber assigned IP address
71.191.33.180,

      Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice. John Doe was assigned the IP address 71.191.33.180. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

      Dated:  March 22, 2016

                                   Respectfully submitted,

                                   By:  */s/ Jon A. Hoppe*
                                   Jon A. Hoppe, Esquire
                                   jhoppe@mhhhlawfirm.com
                                   MADDOX, HOPPE, HOOFNAGLE &
                                   HAFEY, L.L.C.
                                   1401 Mercantile Lane #105
                                   Largo, Maryland 20774
                                   Phone:  301-341-2580
                                   *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ Jon A. Hoppe
Jon A. Hoppe